Rosanne S. DeTorres
DeTorres & DeGeorge, LLC
146 Main Street
Flemington, NJ 08822
Tel:  (908) 284-6005 office
*Attorneys for Plaintiffs*

Maurice Harmon
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
Tel:  (610) 262-9288
E-Mail:  maurice@harmonseidman.com
*Of Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS COX LLC, VICTOR ENGLEBERT, ROBERT FRIED, BERYL GOLDBERG, JASON LAURE, ULRIKE WELSCH, LIU LIQUN, LAURENCE PARENT PHOTOGRAPHY, INC., and NATIVE STOCK PICTURES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PEARSON EDUCATION, INC.,<br><br>Defendant. | Civ. Action No. 2:14-cv-02185-FSH-MAH<br><br>NOTICE OF DISMISSAL |

Pursuant to Rule 4l(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed WITH PREJUDICE.  The Parties are to bear their own costs and attorneys' fees.

Dated:  August 4, 2014

    Plaintiffs Dennis Cox LLC, Victor Englebert, Robert Fried, Beryl Goldberg, Jason Laure, Ulrike Welsch, Liu Liqun, Laurence Parent Photography, Inc., and Native Stock Pictures LLC, by their attorneys,

    <u>s/ *Rosanne S. DeTorres*</u>

    Rosanne S. DeTorres
    DeTorres & DeGeorge, LLC
    146 Main Street
    Flemington, NJ 08822
    Tel:  (908) 284-6005

    Maurice Harmon
    Harmon & Seidman LLC
    The Pennsville School
    533 Walnut Drive
    Northampton, PA 18067
    Tel:  (610) 262-9288
    E-Mail:  maurice@harmonseidman.com

    *Of Counsel*